# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# NORTHERN DIVISION

## NO. 4:09-CR-00032-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MONROE H. SMITH | ) | |

This cause having come on to be heard upon the motion of Sue Genrich Berry, court-appointed counsel pursuant to Standing Order dated October 18, 2011, for permission to withdraw as counsel of record, and for good cause shown;

IT IS ORDERED that Sue Genrich Berry is allowed to withdraw as counsel of record for Monroe H. Smith.

ENTER this the __30__ day of July, 2012.

Honorable Terrence W. Boyle
United States District Court Judge